**Chicago German Hod Carriers Union and Benevolent Society, appellee, v. Security Trust & Deposit Company, appellant. Gen. No. 28,803.**

Action to recover value of valuables stolen from a safe deposit box. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Walter Brewer, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 10, 1924. Rehearing denied March 24, 1924.

Wilson & May, Warren B. Wilson and W. W. Witty, for appellant. Alvin E. Stein, of counsel. John D. Farrell, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

**George K. Johnson, appellee, v. Harry Weissman, Morris Weissman and Leon Weissman, copartners, trading as South Chicago Auto Sales, appellants. Gen. No. 28,850.**

Claim for breach of contract to deliver Buick truck. Claim of set-off for storage. Judgment for plaintiff and against set-off. Appeal from the Municipal Court of Chicago; the Hon. R. V. Carpenter, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 10, 1924. Rehearing denied March 24, 1924.

William N. Brady, for appellants. Preston Clark, for appellee; Morton S. Cressy, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

**Celia Dukes and I. M. Dukes, appellee, v. Wasyl Dicko and Juliano Dicko, appellants. Gen. No. 29,135.**

Interlocutory injunction restraining defendants from prosecuting forcible detainer suits or collecting rentals of certain premises. Interlocutory appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 10, 1924.

A. G. Dicus, for Wasyl Dicko, appellant. Perel, Saltiel & Perel, for appellees; Harry Z. Perel, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

---

**The Fairbanks Company, appellant, v. United States Fidelity & Guaranty Company, appellee. Gen. No. 28,671.**

Bill to rescind settlement of claim on fidelity guarantee bond, to declare original bond in full force and effect, and for money decree. Bill dismissed. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed March 11, 1924. Rehearing denied March 25, 1924.

Nat M. Kahn, for appellant. Judah, Willard, Wolf & Reichmann, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.